## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: BCG Ownco, LLC

Case No. 20-12880-abl

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Jul-20          PETITION DATE: 06/16/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in  $1

|  | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $0 | $0 | |
| b. Total Assets | $1,716,660 | $1,716,660 | $1,716,660 |
| c. Current Liabilities | $11,478,749 | $3,966,486 | |
| d. Total Liabilities | $32,449,503 | $32,449,503 | $32,449,503 |

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | $0 | $0 |
| b. Total Disbursements | $0 | $0 | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| d. Cash Balance Beginning of Month | $0 | $0 | $0 |
| e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | $0 | $0 | - |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. **Post-Petition Liabilities** | $11,478,749 | $3,966,486 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

|  | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) - **ECF #128 2020-07** | ✓ | |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | ✓ | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | ✓ |
| 12. Is the estate insured for replacement cost of assets and for general liability? | ✓ | |
| 13. Are a plan and disclosure statement on file? | | ✓ |
| 14. Was there any post-petition borrowing during this reporting period? | ✓ | |

15. Check if paid: Post-petition taxes   N/A  ;    U.S. Trustee Quarterly Fees  ✓  ; Check if filing is current for: Post-petition tax reporting and tax returns:   N/A  .
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 08/20/20

_____
Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended        07/31/20

| Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | | |
| | | | | **Revenues:** | | |
| - | - | - | 1 | Gross Sales | - | |
| - | - | - | 2 | less: Sales Returns & Allowances | - | |
| - | - | - | 3 | Net Sales | - | - |
| - | - | - | 4 | less: Cost of Goods Sold    (Schedule 'B') | - | |
| - | - | - | 5 | Gross Profit | - | - |
| - | - | - | 6 | Interest | - | |
| - | - | - | 7 | Other Income: | - | |
| - | - | - | 8 | | - | |
| - | - | - | 9 | | - | |
| - | - | - | 10 | **Total Revenues** | - | - |
| | | | | **Expenses:** | | |
| - | - | - | 11 | Compensation to Owner(s)/Officer(s) | - | |
| - | - | - | 12 | Salaries | - | |
| - | - | - | 13 | Commissions | - | |
| - | - | - | 14 | Contract Labor | - | |
| | | | | Rent/Lease: | | |
| - | - | - | 15 |     Personal Property | - | |
| - | - | - | 16 |     Real Property | - | |
| - | - | - | 17 | Insurance | - | |
| - | - | - | 18 | Management Fees | - | |
| - | - | - | 19 | Depreciation | - | |
| | | | | Taxes: | | |
| - | - | - | 20 |     Employer Payroll Taxes | - | |
| - | - | - | 21 |     Real Property Taxes | - | |
| - | - | - | 22 |     Other Taxes | - | |
| - | - | - | 23 | Other Selling | - | |
| - | - | - | 24 | Other Administrative | - | |
| - | - | - | 25 | Interest | - | |
| - | - | - | 26 | Other Expenses: | - | |
| - | - | - | 27 | | - | |
| - | - | - | 28 | | - | |
| - | - | - | 29 | | - | |
| - | - | - | 30 | | - | |
| - | - | - | 31 | | - | |
| - | - | - | 32 | | - | |
| - | - | - | 33 | | - | |
| - | - | - | 34 | | - | |
| - | - | - | 35 | **Total Expenses** | - | - |
| - | - | - | 36 | **Subtotal** | - | - |
| | | | | **Reorganization Items:** | | |
| | | - | 37 | Professional Fees | - | |
| | | - | 38 | Provisions for Rejected Executory Contracts | - | |
| | | - | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | - | |
| | | - | 40 | Gain or (Loss) from Sale of Equipment | - | |
| - | | - | 41 | U.S. Trustee Quarterly Fees | - | |
| | | - | 42 | | - | |
| - | - | - | 43 | **Total Reorganization Items** | - | - |
| - | - | - | 44 | **Net Profit (Loss) Before Federal & State Taxes** | - | - |
| | | - | 45 | Federal & State Income Taxes | | |
| - | - | - | 46 | **Net Profit (Loss)** | - | - |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** _07/31/20_

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | - |
| 2 | Cash and cash equivalents - restricted | | - |
| 3 | Accounts receivable (net) | A | - |
| 4 | Inventory | B | - |
| 5 | Prepaid expenses | | - |
| 6 | Professional retainers | | - |
| 7 | Other: | | - |
| 8 | | | - |
| 9 | **Total Current Assets** | | - |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | 1,716,660 |
| 11 | Machinery and equipment | D | - |
| 12 | Furniture and fixtures | D | - |
| 13 | Office equipment | D | - |
| 14 | Leasehold improvements | D | - |
| 15 | Vehicles | D | - |
| 16 | Other: | D | - |
| 17 | | D | - |
| 18 | | D | - |
| 19 | | D | |
| 20 | | D | - |
| 21 | **Total Property and Equipment** | | 1,716,660 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | - |
| 23 | Loans to affiliates | | - |
| 24 | | | - |
| 25 | | | - |
| 26 | | | - |
| 27 | | | - |
| 28 | **Total Other Assets** | | - |
| 29 | **Total Assets** | | 1,716,660 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---:|
| 30 | Salaries and wages | | | - |
| 31 | Payroll taxes | | | - |
| 32 | Real and personal property taxes | | | - |
| 33 | Income taxes | | | - |
| 34 | Sales taxes | | | - |
| 35 | Notes payable (short term) | | | - |
| 36 | Accounts payable (trade) | | A | - |
| 37 | Real property lease arrearage | | | - |
| 38 | Personal property lease arrearage | | | - |
| 39 | Accrued professional fees | | | - |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | - |
| 41 | Other:    DIP Line of Credit | | | 10,156,269 |
| 42 | Payments on pre-petition debt by MPR | | | 1,322,480 |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | 11,478,749 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | - |
| 46 | **Total Post-Petition Liabilities** | | | 11,478,749 |

**Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---:|
| 47 | Secured claims | | F | 20,946,056 |
| 48 | Priority unsecured claims | | F | 24,698 |
| 49 | General unsecured claims | | F | - |
| 50 | **Total Pre-Petition Liabilities** | | | 20,970,754 |
| 51 | **Total Liabilities** | | | 32,449,503 |

**Equity (Deficit)**

| | | | |
|---|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | | (32,449,503) |
| 53 | Capital Stock | | |
| 54 | Additional paid-in capital | | |
| 55 | Cumulative profit/(loss) since filing of case | | - |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | | | |
| 58 | Market value adjustment | | 1,716,660 |
| 59 | **Total Equity (Deficit)** | | (30,732,843) |
| 60 | **Total Liabilities and Equity (Deficit)** | | 1,716,660 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | - | - | |
| 31-60 Days | - | - | |
| 61-90 Days | - | - | - |
| 91+ Days | - | - | |
| Total accounts receivable/payable | - | - | |
| Allowance for doubtful accounts | - | | |
| Accounts receivable (net) | - | | |

## Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**          **Inventory(ies) Balance at End of Month**

| | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - Product for resale | |
| Distribution - Products for resale | |
| Manufacturer - Raw Materials | |
| Work-in-progress | |
| Finished goods | |
| Other - Explain | |
| TOTAL | - |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | - |
| Add - | |
|   Net purchase | - |
|   Direct labor | |
|   Manufacturing overhead | |
|   Freight in | |
|   Other: | |
| Less - | |
|   Inventory End of Month | - |
|   Shrinkage | |
|   Personal Use | |
| Cost of Goods Sold | - |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____   No _____

How often do you take a complete physical inventory?

  Weekly _____
  Monthly _____
  Quarterly _____
  Semi-annually _____
  Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost _____
  LIFO cost _____
  Lower of cost or market _____
  Retail method _____
  Other _____
    Explain _____

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| Approximately 7.59 acres of vacant industrial land, | na | 1,716,660 |
| commonly known as 1800 White Lane, Bakersfield, | - | - |
| California; APN: 405-330-18-00-0. | - | - |
| Fee simple assessed value from tax records. | - | - |
| | - | - |
| | - | - |
| Total | - | 1,716,660 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| Total | - | - |
| Furniture & Fixtures - | | |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| Total | - | - |
| Office Equipment - | | |
| | - | - |
| | - | - |
| | - | - |
| Total | - | - |
| Leasehold Improvements - | | |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| Total | - | - |
| Vehicles - | | |
| | - | - |
| | - | - |
| | - | - |
| Total | - | - |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | - | - | - | - | - |
| FICA - Employee | - | - | - | - | - |
| FICA - Employer | - | - | - | - | - |
| Unemployment (FUTA) | - | - | - | - | - |
| Income | - | - | - | - | - |
| Other (Attach List) | - | - | - | - | - |
| **Total Federal Taxes** | - | - | - | - | - |
| **State and Local** | - | - | - | - | |
| Income Tax Withholding | - | - | - | - | - |
| Unemployment (UT) | - | - | - | - | - |
| Disability Insurance (DI) | - | - | - | - | - |
| Empl. Training Tax (ETT) | - | - | - | - | - |
| Sales | - | - | - | - | - |
| Excise | - | - | - | - | - |
| Real property | - | - | - | - | - |
| Personal property | - | - | - | - | - |
| Income | - | - | - | - | - |
| Other (Attach List) | - | - | - | - | - |
| **Total State & Local Taxes** | - | - | - | - | - |
| **Total Taxes** | - | - | - | - | - |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | 32,424,805 | 32,424,805 |
| Priority claims other than taxes | - | - |
| Priority tax claims | 24,698 | 24,698 |
| General unsecured claims | - | - |

(a)   List total amount of claims even it under secured.
(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | - | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended    07/31/20

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | - | - |
| 2 | Cash Received from Sales | - | - |
| 3 | Interest Received | - | - |
| 4 | Borrowings | - | - |
| 5 | Funds from Shareholders, Partners, or Other Insiders | - | - |
| 6 | Capital Contributions | - | - |
| 7 | | - | - |
| 8 | | - | - |
| 9 | | - | - |
| 10 | | - | - |
| 11 | | - | - |
| 12 | **Total Cash Receipts** | - | - |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | - | - |
| 14 | Selling | - | - |
| 15 | Administrative | - | - |
| 16 | Capital Expenditures | - | - |
| 17 | Principal Payments on Debt | - | - |
| 18 | Interest Paid | - | - |
| | Rent/Lease: | - | - |
| 19 |    Personal Property | - | - |
| 20 |    Real Property | - | - |
| | Amount Paid to Owner(s)/Officer(s) | - | - |
| 21 |    Salaries | - | - |
| 22 |    Draws | - | - |
| 23 |    Commissions/Royalties | - | - |
| 24 |    Expense Reimbursements | - | - |
| 25 |    Other | - | - |
| 26 | Salaries/Commissions (less employee withholding) | - | - |
| 27 | Management Fees | - | - |
| | Taxes: | - | - |
| 28 |    Employee Withholding | - | - |
| 29 |    Employer Payroll Taxes | - | - |
| 30 |    Real Property Taxes | - | - |
| 31 |    Other Taxes | - | - |
| 32 | Other Cash Outflows: | - | - |
| 33 | | - | - |
| 34 | | - | - |
| 35 | | - | - |
| 36 | | - | - |
| 37 | | - | - |
| 38 | **Total Cash Disbursements:** | - | - |
| 39 | **Net Increase (Decrease) in Cash** | - | - |
| 40 | **Cash Balance, Beginning of Period** | - | - |
| 41 | **Cash Balance, End of Period** | - | - |

Revised 1/1/98